UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20717-CR-SEITZ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN DOE a/k/a Armando Aguilar,

       Defendant.
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) [DE 22] of the Honorable John J. O'Sullivan recommending that Defendant's Motion to Suppress Statement [DE 15] be **GRANTED in part and DENIED in part**. The Court has reviewed Judge O'Sullivan's R&R, to which no objections have been filed, and based on a *de novo* review of the record, it is hereby

ORDERED that the above-mentioned R&R of Magistrate Judge O'Sullivan is RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

Defendant's Motion to Suppress Statement is **GRANTED in part and DENIED in part**.

DONE AND ORDERED in Miami, Florida this 3rd day of January, 2011.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable John J. O'Sullivan
Counsel of Record